United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Juliet Constantine, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 19-21949-Civ-Scola |
| | ) |
| Aetna Life Insurance Company, | ) |
| Defendant. | |

### Order Of Dismissal

The parties have dismissed this case with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. For Dismissal With Prejudice, ECF No. 24). The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in chambers, at Miami, Florida, on November 19, 2019.

Robert N. Scola, Jr.
United States District Judge